DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAIMEON SIMROY NELSON,**
Appellant,

v.

**DEPARTMENT OF REVENUE** and **RENEE' LATOYA LAWRENCE,**
Appellees.

No. 4D22-2195

[May 25, 2023]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. CSP2001656881, 06220003790CA, DOAH22-01301CS.

Kimberly H. Schultz of Law Offices of Kimberly H. Schultz, P.A., Plantation, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***